JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ALLAN RAMOS,<br><br>　　　　　Petitioner,<br>　　vs.<br>KIMBERLY A. SEIBEL,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 15-07862-ODW (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: _July 8, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE